# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway, Suite 207
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mazieslater.com

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger
Matthew R. Mendelsohn*°
David M. Estes
Adam M. Epstein°

Karen G. Kelsen°
Cory J. Rothbort*°
Michael R. Griffith°
Christopher J. Geddis
Samuel G. Wildman
Julia S. Slater°
Trevor D. Dickson

*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
°Member of N.J. & N.Y. Bars

Writer's Email:
aepstein@mazieslater.com

June 29, 2022

**VIA ECF**
Honorable Ann Marie Donio, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Jerry Plaza, 4th and Cooper Streets
Camden, New Jersey 08101

Re:   **Davis v. The United States of America, et al.**
      **Civil Action No.: 1:22-cv-01401-RBK-AMD**

Dear Judge Donio:

As discussed during the scheduling conference on June 7, 2022, counsel for defendant the United States of America has waived any challenge to the Affidavit of Merit of Dr. Luciani, and counsel for defendant AtlantiCare Regional Medical Center has consented to a 60 days extension of time for plaintiff to provide an Affidavit of Merit. Enclosed please find a Consent Order for Your Honor's review and consideration, signed by all counsel. Please sign and upload the Consent Order if it meets Your Honor's satisfaction. Thank You.

Respectfully submitted

ADAM M. EPSTEIN

cc:   All Counsel of Record (via email and via ECF)

H:\DAM\Jones, Legend\Donio w Consent Order 6-29-22.docx