David A. Mazie, Esq. (Attorney ID: 017941986)
Adam M. Epstein, Esq. (Attorney ID#: 027482010)
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LATIFAH DAVIS, Individually and as General Administratrix and Administratrix Ad Prosequendum of the Estate of L.J., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; ATLANTICARE REGIONAL MEDICAL CENTER, a/k/a ARMC Mainland Campus; JOHN DOES 1-10 (FICTICIOUS PARTIES); ABC CORPS. 1-10 (FICTICIOUS PARTIES), <br><br> Defendants. | CIVIL ACTION NO.: 22-CV-1401(RBK)(AMD) <br><br> CIVIL ACTION <br><br> **CONSENT ORDER EXTENDING THE TIME FOR PLAINTIFF TO PROVIDE AN AFFIDAVIT OF MERIT AS TO ATLANTICARE REGIONAL MEDICAL CENTER 60 DAYS PURSUANT TO N.J.S.A. 2A:53-27** |

**THIS MATTER** having been opened to the Court by plaintiff, with the consent of defendants; and the Court having considered this Consent Order; and for good cause;

**IT IS** on this _____ day of _____, 2022:

**ORDERED** that the Plaintiff's time to provide a signed Affidavit of Merit with respect to defendant AtlantiCare Regional Medical Center is extended sixty (60) days to September 2, 2022, pursuant to N.J.S.A. 2A:53A-27; and it is further

**ORDERED** that the Affidavit of Merit of Richard L. Luciani, M.D. meets the statutory requirements of N.J.S.A. 2A:53A-27 and no Ferreira conference is necessary with respect to

defendants The United States of America (Dr. Blair Bergen and Dr. Nicole Siems); and it is further

**ORDERED** that a copy of this Order shall be served upon all counsel of record within seven (7) days of receipt hereof.

                                                                      HON. ANN MARIE DONIO, U.S.M.J.

*We hereby consent to the form and Entry of this Consent Order*

MAZIE SLATER KATZ & FREEMAN
Attorneys for Plaintiff

_____
ADAM M. EPSTEIN

PHILIP K. SELLINGER, UNITED STATES ATTORNEY
Attorneys for Defendants, The United States of America

/s/ John T. Stinson
_____
JOHN T. STINSON

FOX ROTHSCHILD, LLP
Attorneys for Defendant, AtlantiCare Regional Medical Center

_____
ERIC M. WOOD